Same case below, 396 Fed. Appx. 163.

**No. 11-7528. Eddy Alcantara-Ramirez, aka Eddy Confesor Alcantara, aka Eddi Alcantara-Ramirez, aka Eddie Confesor Ramirez-Alacantara, Petitioner v. United States.**

565 U.S. 1134, 132 S. Ct. 1057, 181 L. Ed. 2d 776, 2012 U.S. LEXIS 116.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 11-7533. Desmond J. Murray, Petitioner v. Florida.**

565 U.S. 1134, 132 S. Ct. 1057, 181 L. Ed. 2d 776, 2012 U.S. LEXIS 85.

January 9, 2012. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

**No. 11-7537. David Perez-Montero, Petitioner v. United States.**

565 U.S. 1134, 132 S. Ct. 1058, 181 L. Ed. 2d 776, 2012 U.S. LEXIS 153.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 437 Fed. Appx. 549.

**No. 11-7538. Larone Mills, Petitioner v. United States.**

565 U.S. 1134, 132 S. Ct. 1058, 181 L. Ed. 2d 776, 2012 U.S. LEXIS 93.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 435 Fed. Appx. 489.

**No. 11-7539. Edward George Robins, Petitioner v. United States.**

565 U.S. 1134, 132 S. Ct. 1058, 181 L. Ed. 2d 776, 2012 U.S. LEXIS 14.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7544. Sergio Perez, Petitioner v. United States.**

565 U.S. 1134, 132 S. Ct. 1058, 181 L. Ed. 2d 776, 2012 U.S. LEXIS 42.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 442 Fed. Appx. 952.

**No. 11-7545. Percell Burrows, Petitioner v. United States.**

565 U.S. 1134, 132 S. Ct. 1059, 181 L. Ed. 2d 776, 2012 U.S. LEXIS 89.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 438 Fed. Appx. 180.